IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV330

| | |
|---|---|
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| M.B. WHITE CONTRACTING, INC., | ) ) |
| Defendant. | ) ) ) |

ORDER

THIS MATTER IS BEFORE THE COURT upon the Joint Consent Motion of the parties. The Court hereby amends the Pretrial Order and Case Management Plan dated February 21, 2006 and the Order entered July 11, 2006, as follows:

1. All discovery shall be completed by December 31, 2006.

2. Plaintiff shall provide reports from its expert witnesses pursuant to Rule 26(a)(2) by October 15, 2006. Defendant shall provide reports from its expert witnesses by November 15, 2006.

3. The deadline for completing mediation and filing a report on the results is December 31, 2006.

**IT IS SO ORDERED.**

Signed: October 4, 2006

David C. Keesler
United States Magistrate Judge