# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05-CV-330-DCK

| | |
|---|---|
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| **M.B. WHITE CONTRACTING, INC.,** | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on September 6, 2007 prepared to summarize the status of this case.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **September 6, 2007** for a Status Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: September 4, 2007

David C. Keesler
United States Magistrate Judge